UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:10-bk-07585-JAF
CHAPTER 7

IN RE:

ROBERT VICTOR CAPO, JR.

and

JANELLE MARIE CAPO A/K/A JANELLE ERNAT

    Debtor(s).
_____/

## NOTICE OF WITHDRAWAL
## OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW, Movant, VYSTAR CREDIT UNION, (hereinafter "VYSTAR") by and through its undersigned counsel, withdraws its Motion for Relief from the Automatic Stay, and as grounds thereof would state as follows:

1. That on or about October 15, 2010, VYSTAR filed its Motion for Relief from the Automatic Stay as the Second Mortgage holder.
2. That on or about October 25, 2010, VYSTAR further reviewed the tax records, which indicated a value of $89,567.00 and the First Mortgage holder's potential liability of $90,907.00 thereby concluding there was not enough equity in the subject property at this time to pursue its pending Motion for Relief.

Therefore, VYSTAR respectfully withdraws its Motion for Relief from the Automatic Stay.

I HEREBY CERTIFY that a true and correct copy of the Notice of Withdrawal of the Motion for Relief from the Automatic Stay was delivered to the parties listed on the attached mailing list by regular mail and/or electronic mail this 2nd day of November, 2010.

                                  VERNIS & BOWLING
                                  OF NORTH FLORIDA, P.A.
                                  Attorneys for Creditor
                                  4309 Salisbury Road
                                  Jacksonville, FL 32216
                                  Telephone: (904) 296-6751
                                  Facsimile: (904) 296-8938

By: /s/ Michelle L. Glass
     Michelle L. Glass
     Florida Bar No. 0674109

Copies to:

ROBERT VICTOR CAPO, JR.
121 NAUTILUS ROAD
SAINT AUGUSTINE, FL 32086

JANELLE MARIE CAPO A/K/A JANELLE ERNAT
121 NAUTILUS ROAD
SAINT AUGUSTINE, FL 32086

ISSAC L. LEVY, ESQ.
FOR DEBTORS ROBERT AND JANELLE CAPO
24 N. MARKET STREET, #405
JACKSONVILLE, FL 32202

GORDON P. JONES
CHAPTER 7 TRUSTEE
P.O. BOX 600459
JACKSONVILLE, FL 32260

US TRUSTEE-JAX 7
UNITED STATES TRUSTEE
135 W. CENTRAL BLVD., SUITE 620
ORLANDO, FL 32801