UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                                  Case No:   10-07585-3F7

ROBERT VICTOR CAPO JR.
JANELLE MARIE CAPO
                    Debtor(s)./

**TRUSTEE'S NOTICE OF PUBLIC AUCTION SALE**

---

**OPPORTUNITY TO OBJECT AND FOR HEARING**

PURSUANT TO M.D. FLA. L.B.R. 2002-4, THE COURT WILL CONSIDER THIS MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT, 300 N. HOGAN STREET, SUITE 3-350, JACKSONVILLE, FL 32202, AND SERVE A COPY ON THE ATTORNEY FOR THE TRUSTEE, GORDON P. JONES, P.O. BOX 600459, JACKSONVILLE, FL 32260-0459. IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

---

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. §363(b) and M.D. FLA. L.B.R. 2002-4, the Trustee will sell at public auction sale the Estate's interest in the following described property at the date and time indicated:

ASSETS TO BE SOLD: 2000 BMW Z3

LOCATION:              Cliff Shuler Auctioneers and Liquidators, Inc., 422 Julia Street, Titusville, FL 32796

DATE AND TIME:      Saturday, January 29, 2011 at 10:00 a.m.

INSPECTION:          Saturday, January 29, 2011 from 8:00 a.m. to 10:00 a.m.

AUCTIONEER:         Cliff Shuler Auctioneers and Liquidators, Inc
                             (321) 267-8563, website: http://www.soldfor.com

SECURITY INTEREST: Vystar Credit Union holds a perfected security interest in the vehicle with a payoff in the approximate amount of $4,298+.

The sale is subject to the perfected security interest of Vystar Credit Union.  The proceeds of the sale shall become property of the Estate and distributed pursuant to §726 of the Bankruptcy Code. Any forfeited deposits shall become property of the bankruptcy estate.

Dated:  November 17, 2010                       /s/ *Gordon P. Jones*
                                                   Gordon P. Jones
                                                   Florida Bar No.: 829439
                                                   Post Office Box 600459
                                                   Jacksonville, FL  32260-0459
                                                   (904) 262-7373
                                                   Trustee

A copy of the foregoing was furnished by Gordon P. Jones, Trustee, via U.S. Mail, postage prepaid, this 17th day of November, 2010 or electronically by the Bankruptcy Noticing Center, to Cliff Shuler Auctioneers and Liquidators, Inc. or and to all creditors and parties in interest on the mailing matrix.

*or as continued or rescheduled per announcement at auction

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:10-bk-07585-JAF<br>Middle District of Florida<br>Jacksonville<br>Wed Nov 17 10:06:47 EST 2010 | Bank of America<br>P.O.Box 15026<br>Wilmington, DE 19850-5026 | Capital One Auto Finance<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| Capital One Auto Finance<br>3901 Dallas Pkwy<br>Plano, TX 75093-7864 | Janelle Marie Capo<br>121 Nautilus Road<br>Saint Augustine, FL 32086-5715 | Robert Victor Capo Jr.<br>121 Nautilus Road<br>Saint Augustine, FL 32086-5715 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Cardmember<br>P.O.Box 15153<br>Wilmington, DE 19886-5153 | Chase/Bank One<br>P.O.Box 15298<br>Wilmington, DE 19850-5298 |
| CitiMortgage<br>P.O.Box 9438 Dept. 0<br>Gaithersburg, MD 20898-9438 | Citibank UCS<br>701 E. 60th St. N.<br>Sioux Falls, SD 57104-0493 | Citicards<br>P.O.Box 182564<br>Columbus, OH 43218-2564 |
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>P.O.Box 6103<br>Carol Stream, IL 60197-6103 | Erskine & Fleisher<br>55 Weston Road<br>Suite 300<br>Fort Lauderdale, FL 33326-1170 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Michelle L Glass<br>Vernis & Bowling of North Florida PA<br>4309 Salisbury Road<br>Jacksonville, FL 32216-6123 |
| Gordon Jones<br>PO Box 600459<br>Jacksonville, FL 32260-0459 | Gordon P. Jones<br>P O Box 600459<br>Jacksonville, FL 32260-0459 | Kelly & Corneal, P.L.<br>904 Anastasia Blvd.<br>Saint Augustine, FL 32080-4663 |
| Isaac L. Levy<br>24 N. Market Street, #405<br>Jacksonville, FL 32202-2848 | Prosperity Bank<br>100 Southpark Blvd, Ste 104<br>St. Augustine, FL 32086-4193 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Recovery Management Systems Corporation For<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | St. Johns County Tax Collector<br>Post Office Box 9001<br>Saint Augustine FL 32085-9001 | United Recovery<br>P.O.Box 722910<br>Houston, TX 77272-2910 |
| United States Trustee<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 | United States Trustee - JAX 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | VyStar Credit Union<br>c/o Michelle L. Glass, Esq.<br>4309 Salisbury Rd.<br>Jacksonville, FL 32216-6123 |

```
(p)VYSTAR CREDIT UNION            Alan M. Weiss                    Wells Fargo Home Mortgage
PO BOX 45085                      Holland & Knight LLP             8480 Stagecoach Circle
JACKSONVILLE FL 32232-5085        50 N Laura St Ste 3900           Frederick, MD 21701-4747
                                  Jacksonville, FL 32202-3622
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
VyStar Credit Union               (d)Vystar Credit Union           (d)Vystar Visa
C/O Bankruptcy Dept               4949 Blanding Blvd.              P.O.Box 45085
PO Box 45085                      Jacksonville, FL 32210           Jacksonville, FL 32232
Jacksoville, FL  32232
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Capital One Auto Finance       (u)Jerry A. Funk                 (d)Gordon P. Jones
P.O. Box 201347                   Jacksonville                     P.O. Box 600459
Arlington, TX 76006-1347                                           Jacksonville, FL 32260-0459


(u)Prosperity Bank                End of Label Matrix
                                  Mailable recipients   32
                                  Bypassed recipients    4
                                  Total                 36
```